■ In the Matter of GEORGE W. NASH, Admitted as GEORGE WINSTON NASH, a Suspended Attorney.—Respondent is rein- stated as an attorney and counselor-at-law in the State of New York, effective September 22, 1992. Concur—Rosenberger, J. P., Asch, Kassal, Smith and Rubin, JJ.